No. 88-6619. RIGHTER *v.* UNITED STATES STOVE CO. ET AL. C. A. 3d Cir. Certiorari denied. ▮

No. 88-6620. YOUNG *v.* PATTERSON. C. A. 2d Cir. Certiorari denied. ▮

No. 88-6621. ROBINSON *v.* BOARD OF BAR OVERSEERS ET AL. C. A. 1st Cir. Certiorari denied. ▮

No. 88-6622. MUHAMMAD *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 88-6628. CLARK *v.* WHARTON, SUPERINTENDENT, MEN'S CORRECTIONAL INSTITUTION AT HARDWICK, GEORGIA. C. A. 11th Cir. Certiorari denied. ▮

No. 88-6629. WARREN *v.* NAGLE ET AL. C. A. 11th Cir. Certiorari denied. ▮

No. 88-6653. TODD *v.* DEMPSEY, ACTING EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF CORRECTIONS. C. A. 10th Cir. Certiorari denied.

No. 88-6657. DUVALL *v.* TEXAS WATER COMMISSION ET AL. C. A. 5th Cir. Certiorari denied. ▮

No. 88-6659. READ *v.* TAYLOR ET AL. C. A. 3d Cir. Certiorari denied. ▮

No. 88-6662. ARMSTRONG *v.* KINCHELOE, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY, ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 88-6664. JARVI *v.* SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 6th Cir. Certiorari denied. ▮

No. 88-6668. LANCE *v.* SOUTH CAROLINA HIGHWAY PATROLMEN ET AL. C. A. 4th Cir. Certiorari denied. ▮

No. 88-6669. SELLNER *v.* HUDNALL ET AL. C. A. 11th Cir. Certiorari denied.